UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-25680 |
| Gregory L Ash and Kelly J Ballard, | Chapter 13 |
| | Honorable Donald R. Cassling |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION**

NOW COMES Regions Bank d/b/a Regions Mortgage, by its attorneys, Heavner, Beyers & Mihlar, LLC and respectfully moves this Court to allow it to withdraw its Objection to Confirmation electronically filed on October 30, 2019, the Debtors having filed a modified plan curing Creditor's objection.

Dated: December 3, 2019

Regions Bank d/b/a Regions Mortgage,

By: */s/ Pinju Chiu*
Pinju Chiu
One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, certify that I served a copy of the Notice of Withdrawal of Objection to Confirmation filed on December 3, 2019, upon the parties listed below, as to the Trustee and Debtors' attorney via electronic notice on December 3, 2019, and as to the Debtors by mailing same in a properly addressed envelope, postage prepaid by depositing said envelope in a U. S. Post Office Mail Box, Decatur, Illinois 62523 before the hour of 5:00 p.m. on the 3rd day of December, 2019.

**Service by Mail:**

Gregory L Ash
909 Gregory Lane
Schaumburg, Illinois 60193

Kelly J Ballard
909 Gregory Lane
Schaumburg, Illinois 60193

**Service by Electronic Notice through ECF:**

David H. Cutler
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Patrick S. Layng
United States Trustee (Region 11)
219 S. Dearborn Street Room 873
Chicago, IL 60604

                                                        */s/ Pinju Chiu*
                                                          Pinju Chiu

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754