IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>GREGORY L. ASH and<br>KELLY J. BALLARD,<br><br>Debtors. | NO. 19-25680<br>CHAPTER 13<br><br><br>JUDGE DONALD R. CASSLING |

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Gregory L. Ash<br>Kelly J. Ballard<br>909 Gregory Lane<br>Schaumburg, IL 60193<br>**BY U.S. MAIL** | Co-Debtor:<br>Brandon Ballard<br>909 Gregory Lane<br>Schaumburg, IL 60193<br>**BY U.S. MAIL** |
| David H. Cutler, Attorney for Debtors<br>Tom Vaughn, Chapter 13 Trustee | **BY ELECTRONIC TRANSMISSION**<br>**BY ELECTRONIC TRANSMISSION** |

PLEASE TAKE NOTICE that on February 13, 2020, at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable DONALD R. CASSLING, Bankruptcy Judge, at **219 South Dearborn Street, Courtroom #619, Chicago, Illinois**, and then and there present the attached Motion to Modify the Automatic Stay and Co-Debtor Stay, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay and Co-Debtor Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 6th day of February, 2020.

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax:   : (708) 922-3302
Atty. for TOYOTA MOTOR CREDIT CORPORATION, its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>GREGORY L. ASH and<br>KELLY J. BALLARD,<br><br>　　　　Debtors. | NO.  19-25680<br>CHAPTER 13<br><br><br>JUDGE DONALD R. CASSLING |

<u>MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY</u>

Now comes TOYOTA MOTOR CREDIT CORPORATION, its successors and/or assigns, (hereinafter referred to as "Movant), a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §§362 and 1301 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On September 11, 2019, the Debtors herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.  The Movant is a creditor of the Debtors with respect to a certain indebtedness secured by a lien upon a 2014 Toyota Prius motor vehicle, with an outstanding balance of $14,562.92.

3.  The Debtors have not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

4. The Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and in foreclosing its security interest therein.

5.  According to the Debtors' confirmed plan, the non-filing co-buyer is the disbursing agent for payments to Movant.

6. The account is past due in the amount of $2,219.95 as of 2/3/2020, including attorney fees and court cost.

7. An individual by the name of Brandon Ballard is currently protected by the §1301 co-debtor stay.

8. The Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, TOYOTA MOTOR CREDIT CORPORATION, its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §§362 and 1301 of the Bankruptcy Code to permit the said TOYOTA MOTOR CREDIT CORPORATION, its successors and/or assigns, to take possession of and to foreclose its security interest in a certain 2014 Toyota Prius motor vehicle, V.I.N. JTDKN3DU1E1768726, and for such other and further relief as this Court may deem just.

TOYOTA MOTOR CREDIT CORPORATION, its Successors and/or Assigns

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for TOYOTA MOTOR CREDIT CORPORATION, its Successors and/or Assigns